United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| DENNIS ALLUMS, | Case No. 24-cv-06272-LB |
| Plaintiff, | |
| v. | **ORDER GRANTING IN FORMA PAUPERIS APPLICATION** |
| CITY OF OAKLAND, | Re: ECF No. 2 |
| Defendant. | |

The plaintiff filed an application to proceed *in forma pauperis*. The court grants the application. The court will address the issuance of the summons and service in a separate order.

**IT IS SO ORDERED.**

Dated: September 9, 2024

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 24-cv-06272-LB