United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENNIS ALLUMS,

          Plaintiff,

    v.

CITY OF OAKLAND,

          Defendant.

Case No. 24-cv-06272-TLT

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Re: Dkt. Nos. 8, 15

The court has reviewed Magistrate Judge Beeler's Report and Recommendation Re: ECF 1, as well Plaintiff Allums' objections to the report.  The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.

Although the Court empathizes with Plaintiff's alleged injuries, Plaintiff raised substantially similar claims in a prior case which was dismissed without prejudice for failure to prosecute. While leave to amend should be freely given and pro se complaints must be construed liberally, Plaintiff has again failed to cite any authority to show that he is entitled to the relief he requests.

The Court finds that this case is related to Plaintiff's prior case (3:22-cv-03955-TLT). Accordingly, this case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 9, 2024

_____

TRINA L. THOMPSON
United States District Judge